UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ABDULKARIM SHWANI                                                                                    PLAINTIFF

v.                                         No. 5:22-CV-05082

ALEJANDRO MAYORKAS, Secretary of the U.S.
Department of Homeland Security, et.al                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff's unopposed motion (Doc. 6) to dismiss. The motion represents that Plaintiff's application for asylum was approved and this lawsuit is now moot.

IT IS THEREFORE ORDERED that the motion (Doc. 6) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 6th day of July, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE