UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ABDULKARIM SHWANI                                        PLAINTIFF

v.                              No. 5:22-CV-05082

ALEJANDRO MAYORKAS, Secretary of the U.S.
Department of Homeland Security, et.al                  DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, this case is DISMISSED WITHOUT

PREJUDICE.

IT IS SO ADJUDGED this 6th day of July, 2022.

_/s/ P. K. Holmes, III_
P.K. HOLMES, III
U.S. DISTRICT JUDGE